1024

[No. 4150–II.   Division Two.   October 14, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD L.
BADGLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 79-1-0004-6, Jay W. Hamilton, J., entered
May 23, 1979. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Pearson, A.C.J., and Petrie, J.


[No. 4242–II.   Division Two.   October 16, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS
STEPHEN GORDON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 55309, Stanley W. Worswick, J., entered July
17, 1979. *Affirmed* by unpublished opinion per Petrich, J.,
concurred in by Cochran and Johnson, JJ. Pro Tem.


[Nos. 3211–6–III; 3250–7–III.   Division Three.   October 16, 1980.]

KENNETH D. GOOCH, ET AL, *Appellants,* v. HANDY
ANDY'S BUILDING & HOME REPAIR
SERVICE, *Respondent.*

HANDY ANDY'S BUILDING & HOME REPAIR SERVICE,
*Appellant,* v. PEMKO MFG. CO., ET AL,
*Respondents.*

Appeals from a judgment of the Superior Court for
Spokane County, No. 239274, Richard P. Guy, J., entered
December 6 and 21, 1978. *Affirmed* by unpublished opinion
per Roe, J., concurred in by Green, C.J., and McInturff, J.